UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE DELORES FLORES,<br>Defendant | CASE NO.: 22CR1244-DMS<br><br>**ORDER CONTINUING MOTION HEARING** |

Pursuant to joint motion, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion hearing in Case No. 22CR1244-DMS is continued from November 10, 2022, to January 13, 2023, at 11:00 a.m.

IT IS FURTHER ORDERED that time is excluded from November 10, 2022, to January 13, 2023, in the interest of justice.

Dated: 11/07/22

HONORABLE DANA M. SABRAW
United States Chief District Court Judge